**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

WILLIE LEE MOORE,                    *
                                     *
    Plaintiff,                   *
                                     *
vs.                                  *   Civil Action No. 05-00204-BH-B
                                     *
JO ANNE B. BARNHART,                 *
Commissioner of                      *
Social Security,                     *
                                     *
    Defendant.                   *

<u>**JUDGMENT**</u>

    In accordance with this Court's Order entered on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that this action is **REMANDED** to the Social Security Administration pursuant to sentence six of 42 U.S.C. § 405(g), for further proceedings consistent with the opinion of this Court.

    **DONE** this 14th  day of September, 2005.

                                                 s/ W. B. Hand
                                    SENIOR DISTRICT JUDGE