IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **WILLIE LEE MOORE,** | * |
| **Plaintiff,** | * |
| vs. | * Civil Action No. 05-00204-BH-B |
| **JO ANNE B. BARNHART, Commissioner of Social Security,** | * |
| **Defendant.** | * |

## ORDER

After due and proper consideration of all portion of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made pursuant to 28 U.S.C. § 636(b)(1)(B) and dated December 5, 2006 (Doc. 23) is hereby **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this case be and is hereby reopened and that judgment be entered in favor of the plaintiff, Willie Lee Moore, and against the defendant, Jo Anne B. Barnhart, Commissioner of Social Security.

**DONE** this 4th day of January, 2007.

                                                    s/ W. B. Hand
                                            SENIOR DISTRICT JUDGE