IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **WILLIE LEE MOORE,** | * |
| Plaintiff, | * |
| vs. | *   CIVIL ACTION 05-00204-BH-B |
| **MICHAEL J. ASTRUE,** Commissioner of Social Security, | * |
| Defendant. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 2, 2007, is **ADOPTED** as the opinion of this Court.

**DONE** this 23rd day of March, 2007.

s/ W. B. Hand
SENIOR DISTRICT JUDGE